IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:13-MJ-1427

IN RE: SEIZURE WARRANT FOR

Any and all funds held in Southern Bank
account number 4901805265, held in the
name of Dannie N. Faircloth
d/b/a Dannies Gas & Grocery

### ORDER UNSEALING APPLICATION AND AFFIDAVIT FOR SEIZURE WARRANT

Upon motion of the United States and for good cause shown, it is hereby ORDERED that the Application and Affidavit for Seizure Warrant sealed herein be unsealed.

This the 26 day of August, 2013.

ROBERT B. JONES, JR.
United States Magistrate Judge